IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LESLIE DELEON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL CASE NO.   06-149-GPM-PMF |
| vs. | ) |
| | ) |
| APPLEBEE'S INTERNATIONAL INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

**FRAZIER, Magistrate Judge:**

On September 12, 2006, plaintiff and defendants were directed to submit for *in camera* inspection documents claimed to be privileged.

Plaintiff's attorney has submitted notes, both handwritten and typed, made by his client, Leslie Deleon. Accompanying them is a sworn declaration of Ms. Deleon that the notes were made for the purpose of assisting her attorney. She also notes that the documents have been shown to no one else. The documents are privileged attorney-client communications.

Defendants have submitted a redacted and unredacted report prepared by Applebee's Manager Gray Hines concerning his conversation with plaintiff on or around June 14, 2006. The report from Mr. Hines is not redacted. What has been redacted is margin notes made by General Manager Trish Duffy and directed to defendants' counsel. The redacted report has been provided to plaintiff. Ms. Duffy's notations are privileged attorney-client communications and do not need to be disclosed. The other document submitted by defendants is an e-mail message from Field Human Resources' representative Steve Longenecker to attorney Susanne Blackwell and Applebee's in-house counsel Jill Marchant. The redacted portion concerns that which was directed to counsel and which is privileged.

**IT IS SO ORDERED.**

**DATED:  October 17, 2006  .**

*s/Philip M. Frazier*
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**